



## MEMORANDUM OPINION

No. 04-10-00030-CR

Henry **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CRP-506-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  September 29, 2010

DISMISSED

Appellant filed his notice of appeal with the trial court on or about January 13, 2010.

On September 21, 2010, appellant filed a motion to dismiss this appeal.  The motion is

**GRANTED**, and the appeal is dismissed.  *See* Tex. R. App. P. 42.2(a).

PER CURIAM

Do not publish